**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALI HUSSEIN DARWICH,

    Plaintiff,

v.                                          Case No. 10-14073

CITY OF DEARBORN
(DEARBORN POLICE DEPARTMENT), et al.,

    Defendants.
                                            /

**OPINION AND ORDER DENYING PLAINTIFF'S MOTION TO CHANGE VENUE**

Before the court is a motion filed pro se by Plaintiff Ali Darwich requesting that the court "change venue," which in essence is a motion to reassign this case to another judge within this venue. (2/3/11 Mot. 2.) Defendant has filed a brief in opposition to the motion. For the reasons stated below, the court will deny the motion.

When this case was filed, it was originally assigned to the Honorable Marianne O. Battani. On October 27, 2010, the case was reassigned from Judge Battani to the undersigned judge pursuant to Eastern District of Michigan Local Rule 83.11. Local Rule 83.11(b)(7) governs "companion cases," which are cases in which "substantially similar evidence will be offered at trial" or "the same or related parties are present, and the cases arise out of the same transaction or occurrence." E.D. Mich. 83.11(b)(7)(A). The rule provides for only one manner by which counsel or parties should bring companion cases to the court's attention, which is "by responding to questions on the civil cover sheet or in the electronic filing system." E.D. Mich. LR 83.11(b)(7)(C). Otherwise, it is a self-enforcing rule:

> When it becomes apparent to the Judge to whom a case is assigned and to a Judge having an earlier case number that two cases are companion cases, upon consent of the Judge having the earlier case number, the Judge shall sign an order reassigning the case to the Judge having the earlier case number.

E.D. Mich. LR 83.11(b)(7)(D).  The rule does not provide for, nor invite, motions by litigants.  Reassignment decisions lie within the collective discretion of the judge to whom the case is assigned and the judge having the earlier case number.  *Jones v. City of Allen Park*, 167 F. Appx. 398, 409 (6th Cir. 2006) ("The district court's decision regarding whether or not to reassign a companion case is reviewed for an abuse of discretion.") (citing *Gen. Motors Corp. v. Buha*, 623 F.2d 455, 458 (6th Cir. 1980)).

Here, the reassignment decision was left to the discretion of Judge Battani, the judge to whom the case was currently assigned, and the undersigned, the judge having the earlier case number, 10-10775.  Both judges agreed the case was a companion to the earlier case.  E.D. Mich. 83.11(b)(7)(A).  The case was therefore transferred pursuant to the local rules.  Plaintiff now argues the transfer was in error and the case should be reassigned back to Judge Battani.  Plaintiff argues that the undersigned judge is engaged in some sort of conspiracy to "to cover the true and cover the cases front new judge's faces to know what hepen to Plaintiff."  (4/25/11 Mot. at 3.)

The court will deny the motion.  First, there is no mechanism under the local rules by which Plaintiff can file a motion such as this seeking to undo a reassignment.  Moreover, the motion is unfounded on the merits.  The two relevant judges have already determined that this case is a companion to the earlier case, and nothing Plaintiff articulates in his motion alters that conclusion.  From the documents before the court, it

appears the case arises out of the same criminal investigation and state court arrest, and therefore the same "transaction or occurrence."   Accordingly,

   IT IS ORDERED that Plaintiff's motion to change venue [Dkt. # 22] is DENIED.


                                             s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated:  May 12, 2011


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 12, 2011, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522