UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI HUSSEIN DARWICH,

    Plaintiff,

v.                              Case No. 10-14073

CITY OF DEARBORN
(DEARBORN POLICE DEPARTMENT), et al.,

    Defendants.
                                           /

**OPINION AND ORDER DENYING PLAINTIFF'S TWO MOTIONS FOR WAYNE COUNTY RECORD AND STAYING DISCOVERY PENDING ISSUANCE OF A SCHEDULING ORDER**

Before the court are two motions filed pro se by Plaintiff Ali Darwich requesting that the court order Defendants to "file [the Wayne County] record before and after [Darwich's] kidnapped and tourtrue." (2/3/11 Mot. at 2.) The court interprets these motions as requests for discovery. No scheduling order has yet been issued in this case and the court has recently ordered Plaintiff to file an amended complaint. (5/10/11 Order.) Until the pleadings are finalized, and a scheduling order issued, discovery is premature. *See generally* Fed. R. Civ. P. 26. The court will therefore stay all discovery until further order of the court. Accordingly,

IT IS ORDERED that Plaintiff's two motions for Defendants to file the Wayne County Record [Dkt. ## 19 & 21] are DENIED.

IT IS FURTHER ORDERED that court-supervised discovery in this matter is STAYED pending issuance of a scheduling order after the pleadings are finalized.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: May 12, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 12, 2011, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522