**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ALI HUSSEIN DARWICH,

       Plaintiff,

v.                                  Case No. 10-14073

CITY OF DEARBORN
(DEARBORN POLICE DEPARTMENT) et al.,

       Defendants.

_____/

**OPINION AND ORDER GRANTING PLAINTIFF'S
APPLICATION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS***

       Before the court is Plaintiff Ali Hussein Darwich's application for leave to appeal

*in forma pauperis*.  Federal Rule of Appellate Procedure 24(a)(1) provides that a party

to a district court action who desires to appeal *in forma pauperis* must file a motion in

the district court.  An appeal may not be taken *in forma pauperis* if the court determines

that it is not taken in good faith.  28 U.S.C. § 1915(a)(3).  "Good faith" requires a

showing that the issues raised are not frivolous.  *Foster v. Ludwick,* 208 F. Supp. 2d

750, 765 (E.D. Mich. 2002).  The issues raised in Plaintiff's appeal are not frivolous, and

the court therefore will not certify that the appeal is not taken in good faith.  Accordingly,

       IT IS ORDERED that Plaintiff's application for leave to appeal *in forma pauperis*

[Dkt. # 38] is GRANTED.

                                      s/Robert H. Cleland_____
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated:  October 4, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 4, 2011, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\10-14073.DARWICH.ifp.wpd